## Vincent O'Brien, Appellee, v. William R. Brown, Appellant.

**Gen. No. 45,347.**

W. Robert Brown, for appellant; McCarthy & Levin, for appellee. Opinion by Justice Robson. Not to be published in full. Opinion filed October 2, 1951; rehearing denied November 6, 1951; released for publication November 6, 1951.